*uel O. Clark, Jr., Messrs. Sewall Key, Carlton Fox,* and *Valentine Brookes,* and *Miss Helen R. Carloss* for the United States.

No. 696. Doss *v.* ILLINOIS. March 27, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. A. M. Fitzgerald* for petitioner.

No. 697. ROTH, TRUSTEE, *v.* CARLSON, ADMINISTRATOR. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. W. T. Faricy* and *Nelson J. Wilcox* for petitioner. *Mr. Roy F. Hall* for respondent.

No. 700. BAKER *v.* HUNTER, WARDEN. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. A. G. Bush* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for respondent.

No. 705. PIEDMONT FIRE INSURANCE Co. *v.* AARON ET AL. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Alexander H. Sands* for petitioner. *Messrs. Allan D. Jones* and *Tazewell Taylor* for respondents.

No. 707. GAINES, GUARDIAN, *v.* SUN LIFE ASSURANCE Co. March 27, 1944. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Lucas S. Miel*